Bradley R. Duncan                                    The Hon. Lonny R. Suko
Cassandra L. Kennan
Hugh R. McCullough
Davis Wright Tremaine LLP, Suite 2200
1201 Third Avenue
Seattle, Washington  98101-3045
Telephone:  (206) 622-3150
Fax:  (206) 757-7700
Email:  bradleyduncan@dwt.com
Email:  cassandrakennan@dwt.com
Email:  hughmccullough@dwt.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | |
|---|---|
| BANNER BANK, | ) |
| | ) |
| Plaintiff, | ) No. CV-10-061-LRS |
| | ) |
| v. | ) ORDER GRANTING |
| | ) STIPULATED JUDGMENT |
| SUPERIOR PROPANE, LLC, DEAN A. | ) |
| SOUTH, and GARY HEBENER, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**ORDER**

Based on the Parties' Stipulation,

    IT IS HEREBY ORDERED, ADJUDGED, and DECREED that:

    1.  Banner Bank shall have Judgment against Dean South on Banner Bank's Second Cause of Action – Judgment on South Guaranty;

ORDER GRANTING STIPULATED JUDGMENT - 1
(CV-10-061-LRS)
**Error! Unknown document property name.**

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington  98101-3045
(206) 622-3150 · Fax: (206) 757-7700

2. Banner Bank shall have judgment in a sum equal to **$4,653,704.93**;

3. The Judgment shall bear interest at a rate of 18% per annum from the date of entry;

4. Banner Bank shall have leave of the Court to submit evidence of costs for collection and enforcement, including reasonable attorney fees and court costs, and consistent with Paragraph 10 of the parties' stipulation, may make application for supplemental judgment.

DONE IN OPEN COURT this 20th day of September, 2010.

*s/Lonny R. Suko*

Lonny R. Suko
Chief U. S. District Court Judge

Presented by:

Davis Wright Tremaine LLP
Attorneys for Banner Bank

By *s/ Bradley R. Duncan*
　　Bradley R. Duncan, WSBA # 36436
　　Cassandra L. Kennan, WSBA # 22845
　　Hugh R. McCullough, WSBA # 41453

ORDER GRANTING STIPULATED JUDGMENT - 2
(CV-10-061-LRS)
**Error! Unknown document property name.**

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700