Bradley R. Duncan
Cassandra L. Kennan
Hugh R. McCullough
Davis Wright Tremaine LLP, Suite 2200
1201 Third Avenue
Seattle, Washington  98101-3045
Telephone:  (206) 622-3150
Fax:  (206) 757-7700
Email:  bradleyduncan@dwt.com
Email:  cassandrakennan@dwt.com
Email:  hughmccullough@dwt.com

The Hon. Lonny R. Suko

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | |
|---|---|
| BANNER BANK, | ) |
| | ) |
| Plaintiff, | ) No. CV-10-061-LRS |
| | ) |
| v. | ) ORDER GRANTING |
| | ) STIPULATED JUDGMENT |
| SUPERIOR PROPANE, LLC, DEAN A. SOUTH, and GARY HEBENER, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## ORDER

Based on the Parties' Stipulation,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that:

1. Banner Bank shall have Judgment against Gary Hebener on Banner Bank's Third Cause of Action – Judgment on Hebener Guaranty;

ORDER GRANTING STIPULATED JUDGMENT - 1
(CV-10-061-LRS)
DWT 16488299v1 0058243-000168

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington  98101-3045
(206) 622-3150 · Fax: (206) 757-7700

2. Banner Bank shall have judgment in a sum equal to **$4,661,620.88**;

3. The Judgment shall bear interest at a rate of 18% per annum from the date of entry;

4. All amounts recovered by Banner (its successors or assigns) on the debts evidenced by the judgment amount will be credited to the amount owed by judgment debtors Superior Propane and Gary Hebener;

5. Banner Bank shall have leave of the Court to submit evidence of costs for collection and enforcement, including reasonable attorney fees and court costs, and consistent with Paragraph 2 of the parties' stipulation, may make application for supplemental judgment.

DONE IN OPEN COURT this 9th day of June, 2011.

*s/Lonny R. Suko*

Honorable Lonny R. Suko
United States District Court Judge

ORDER GRANTING STIPULATED JUDGMENT - 2
(CV-10-061-LRS)
DWT 16488299v1 0058243-000168

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

Presented by:

Davis Wright Tremaine LLP
Attorneys for Banner Bank

By *s/ Bradley R. Duncan*
    Bradley R. Duncan, WSBA # 36436
    Cassandra L. Kennan, WSBA # 22845
    Hugh R. McCullough, WSBA # 41453
    Davis Wright Tremaine LLP
    Suite 2200
    1201 Third Avenue
    Seattle, Washington  98101-3045
    Telephone:  (206) 622-3150
    Fax:  (206) 757-7700
    Email:  bradleyduncan@dwt.com

ORDER GRANTING STIPULATED JUDGMENT - 3
(CV-10-061-LRS)
DWT 16488299v1 0058243-000168

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington  98101-3045
(206) 622-3150 · Fax: (206) 757-7700